**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN CORBETT,

               Plaintiff,

          v.

U.S. TRANSPORTATION SECURITY ADMINISTRATION,

               Defendant.

No. CV 22-6920-DMG (MAAx)

**JUDGMENT**

-1-

Pursuant to the Court's Order re Defendant U.S. Transportation Security Administration and Plaintiff Jonathan Corbett's cross-motions for summary judgment, issued January 16, 2026,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant U.S. Transportation Security Administration, and against Plaintiff Jonathan Corbett.

DATED:  January 16, 2026

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE